# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

February 8, 2020

BY E.C.F.

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> 2/14/2020
>
> The matter will be adjourned for 45 days to April 7, 2020 at 10:45am
>
> So ordered
>
> Paul A. Crotty
> USDJ

Re: *United States v. Michael Pizarro*, Docket. No. 19 Cr. 588 (PAC)

Dear Judge Crotty:

Defense counsel respectfully submits this letter motion requesting that the sentencing of the defendant, Michael Pizarro, which is presently scheduled for Tuesday, February 11, 2020, be continued for sixty days.

This application is being submitted as a result of defense counsel's trial schedule. Defense counsel was recently engaged on trial in the E.D.N.Y. matter of *United States v. Donville Inniss*, 18 Cr. 134 (KAM), until January 16, 2020. Shortly thereafter, on January 24, 2020, the Hon. Edward R. Korman issued a scheduling order for counsel to begin trial in the matter of *United States v. Carlos Richard Martinez*, Docket No. 17 Cr. 281 (ERK), after the defendant did not plead guilty at a change of plea hearing, which had been scheduled for January 21, 2020. Jury selection is scheduled for Monday, February 10, 2020; and since January 21, 2020, counsel has been engaged in intense trial preparation. Moreover, since the completion of the *Inniss* trial, counsel has been required to devote significant attention to a most important matter, which is presently under seal in the case of *United States v. Nicholas Tartaglione*, Docket No. 16 Cr. 832 (KMK), a death-authorized, quadruple murder case here in the Southern District of New York, in which I serve as Learned Counsel.

For all of the reasons set forth above, defense counsel requests a 60 day continuance of sentencing on behalf of the defendant, Michael Pizarro.

Thank you for your consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

Anthony L. Ricco

Anthony L. Ricco

ALR/jh

cc: A.U.S.A. Benet Kearney (By E.C.F.)
A.U.S.A. Kiersten Fletcher (By E.C.F.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-2020