```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA       :
                                        ORDER
        - v. -                 :
                                        19 Cr. 588 (PAC)
MICHAEL PIZARRO,               :
    a/k/a "Eric Miller,"
                               :
            Defendant.
- - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 20, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       3/23/ 2004, 2019

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK